Case 1:24-mj-00984-RT   Document 1   Filed 09/10/24   Page 1 of 2   PageID.1



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 24-00984 RT |
|---|---|---|
| Plaintiff, | ) | CASE NO. 24-mj-247 (DDC) |
| vs. | ) | DECLARATION OF KARA MIYAKE |
| ALEXANDER CAIN POPLIN, | ) | |
| Defendant. | ) | |

## DECLARATION OF KARA MIYAKE

I, KARA MIYAKE, declare and state as follows:

1. I am a Special Agent and Task Force Officer with Federal Bureau of Investigation.

2. I am informed and believe that on August 9, 2024, a complaint was filed in the District of Columbia, charging the above-named defendant, Alexander Cain Poplin, with violating 18 U.S.C. §§ 231(a)(3), 111(a)(1)&(b), 1752(a)(1), (a)(2), and (a)(4).

3. I am informed and believe that on August 9, 2024, United States Magistrate Judge Zia M. Farugui issued a warrant for the defendant's arrest.

4. Pursuant to this warrant, I arrested the defendant, Alexander Cain Poplin, in this District today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2024, at Honolulu, Hawaii.

*[signature]*
KARA MIYAKE